# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| K.T., INDIVIDUALLY AND ON BEHALF OF C.T., | : No. 41 WM 2015 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| LAWRENCE COUNTY CHILDREN & YOUTH SERVICES AND LAWRENCE COUNTY COURT OF COMMON PLEAS JUVENILE COURT | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 24th day of August, 2015, the Motion for Leave of Court to Supplement is **GRANTED**, and the Application for Exercise of Extraordinary or King's Bench Jurisdiction is **DENIED**.